

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00258-CR

Irvin Rene **VALDEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court, Maverick County, Texas
Trial Court No. 31692CR
Honorable Susan D. Reed, Judge Presiding

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
                 Irene Rios, Justice
                 Beth Watkins, Justice

Delivered and Filed: May 8, 2024

DISMISSED

Appellant Irvin Rene Valdez has filed a motion to dismiss his appeal. *See* TEX. R. APP. P. 42.2(a). The motion, signed by Valdez and his counsel, complies with Texas Rule of Appellate Procedure 42.2(a). *See id*. No opinion has issued.

Accordingly, we grant the motion and dismiss this appeal. *See id*. We dismiss any other pending motions as moot.

PER CURIAM

DO NOT PUBLISH